## Commonwealth *v.* Farmer, Appellant.

Submitted June 10, 1968. *Tyrone W. Farmer,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.